▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Argued June 11, 1975. *Stephen H. Palmer,* with him *Fronefield, DeFuria & Petrikin,* for appellant; *Arthur W. Hankin,* with him *Meyer, Lasch, Hankin & Poul,* for appellees; *Gerald J. Cohen,* submitted a brief for additional defendant, appellee, Francis X. Garvin.

Order affirmed.

## Goldenberg, et al., Appellants, *v.* Holiday Inns of America, Inc.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ order by HIRSH, J. Argued June 11, 1975. *Allen L. Feingold,* for appellants; *Frank Rogers Donahue, Jr.,* with him *William J. Ryan, Jr.,* for appellees.

OPINION PER CURIAM: On a prior appeal in this case we remanded for consideration of appellee's motion to open judgment. The court below granted the motion to open, but without notice to counsel. Accordingly, the order is vacated and the record remanded for full consideration of the motion to open and such subsequent proceedings as may be appropriate.

## Haybridge Steel Company, Ltd., et al. *v.* Key Steel Company, Inc., et al., Appellants.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ opinion by SUGERMAN, J. Argued June 16, 1975. *Burton Spear,* with him *Frederick D. Sarkis,* and *Renninger, Spear & Kupits,* for appellants; *Herman Rosenberger, II,* with him *Ross A. Unruh,* and *Zoob & Matz,* for appellee, Key Steel Company, Inc.; *Samuel Evans Ewing,* for appellee, The First

Pennsylvania Banking and Trust Company; *Peter P. Liebert, III,* for appellee, Commercial Union Assurance Company.

Order affirmed.

## Hazell *v.* State Farm Mutual Automobile Insurance Company, Appellant.

opinion by BLOOM, J. Argued June 11, 1975. *Richard A. Kraemer,* with him *Duane, Morris & Heckscher,* for appellant; *John C. Capek,* for appellee.

Order affirmed.

## Holzmueller, Appellant, *v.* Marino.

Argued June 11, 1975. *Robert J. Levis,* with him *Levis, Connors & Swanick,* for appellant; *John M. DeLuca,* with him *McGoldrick & Raffo,* for appellee.

Order affirmed.

## Insurance Company of North America, Appellant, *v.* Strothers, et al.

opinion by GREEN-BERG, J. Argued June 17, 1975. *Robert R. Reeder,* with him *White and Williams,* for appellant; *Tod I. Mammuth,* with him *Stephen Savar,* and *Monheit and Mammuth,* for appellees.

Appeal from an interlocutory order quashed.